**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ  07095-0988
Tel: (732) 549-5600
cadams@greenbaumlaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>ANDREW DRECHSEL,<br><br>                              Defendant. | Hon. Ann Marie Donio, U.S.M.J.<br><br>Criminal No. 20-mj-1044<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Christopher D. Adams, Esq., of Greenbaum, Rowe, Smith & Davis, LLP, who is admitted to practice in this Court, hereby enters his appearance on behalf of Andrew Drechsel in the above matter.

                                                            GREENBAUM, ROWE, SMITH & DAVIS LLP

                                                            By: *s/ Christopher D. Adams, Esq.,*
                                                                    Christopher D. Adams, Esq.,

DATED: August 17, 2020

6421121.1