

```
       13121 S. ORANGE BLOSSOM TRAIL
       ORLANDO, FL 32837  (407)240-2491

6328  00062  74807    09/10/20  04:00 PM
SALE SELF CHECKOUT

049074018580 FIRESAFE <A>         199.00
    SENTRY FIRE SAFE-ELECTRONIC
                 SUBTOTAL         199.00
                 SALES TAX         12.94
                 TOTAL           $211.94
XXXXXXXXXXXX7691 VISA
                          USD$    211.94
AUTH CODE 03260I/4625051               TA
Chip Read
AID A0000000031010         CHASE VISA
```



```
     6328 62 74807 09/10/2020 0104

        RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
  A      1       180         03/09/2021

  Due to COVID-19, we have extended our
     returns policy for most items.
   Please see homedepot.com for details.
  ***************************************
            DID WE NAIL IT?

  Take a short survey for a chance TO WIN
      A $5,000 HOME DEPOT GIFT CARD

            Opine en español

          www.homedepot.com/survey

         User ID: H89 156231 149965
           PASSWORD: 20460 149903

  Entries must be completed within 14 days
    of purchase. Entrants must be 18 or
    older to enter. See complete rules on
       website. No purchase necessary.
```