# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**　　　　　　　　　　　　　　　　September 22, 2020

**Court Reporter:**  ZOOM

**Title of Case:**

　　　　　　　　　　　　　　　　　　Case No.  20-1044 (AMD)

UNITED STATES OF AMERICA

　　　　V.

ANDREW DRECHSEL

## DEFENDANT PRESENT

**Appearances:**
Alisa Shver, AUSA for Government
Christopher Adams, Esq. for defendant
Wayne Webb, U.S. Pretrial Services

**Nature of Proceedings:**  Continuation of Bail Hearing/Detention Hearing
Defendant consents to proceed by way of video conferencing
Order Regarding the use of Video Conferencing/Teleconferencing to be entered
Continuation of Bail Hearing/Detention Hearing held on the record
Oral Opinion read into the record
Ordered defendant's Motion for Release from Custody [9] denied
Ordered Government's application for detention granted
Order of Detention to be entered.
Ordered defendant remanded to the custody of Essex County Correctional Facility.

　　　　　　　　　　　　　　　　　　　　s/Susan Bush
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Time Commenced: 2:04 p.m. Time Adjourned: 2:51 p.m.

 Total Time in Court: 47 mins.