UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Ann Marie Donio |
| v. | : | Mag. No. 20-1044 (AMD) |
| ANDREW DRECHSEL | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Alisa Shver, Assistant U.S. Attorney, appearing), and defendant Andrew Drechsel (Christopher Adams, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter to permit the defendant and his counsel time to review informal discovery provided earlier today and to engage in plea negotiations, if the defendant desires to do so; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to this continuance; and defendant having waived his right to a speedy trial, and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his counsel have expressed a need to review the informal discovery materials provided by the United States, to confer to discuss how to proceed, and to engage in plea negotiations, if appropriate;

(2) The defendant has consented to the continuance; and

(3) Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6th day of January 2023,

ORDERED that this action be, and hereby is, continued from the date of the entry of this Order to and including April 6, 2023, and it is further

ORDERED that the period from the date of the entry of this Order through and including April 6, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. ANN MARIE DONIO
United States Magistrate Judge

Seen and agreed to by:

_____
ALISA SHVER
Assistant U.S. Attorney


_s/Christopher Adams_
CHRISTOPHER ADAMS, ESQUIRE
Counsel for Defendant Andrew Drechsel

2